No. 00–9740. PARKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9750. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9751. LAMBROS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9752. THEOLOGIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9753. VALLE-TOVAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9760. DEUCHER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9766. TUTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9768. MORA-HINOJOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9771. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9774. TOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9777. SAUNDERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9877. TAYLOR v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1322. WOODFORD, WARDEN v. MORRIS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–1379. NGC SETTLEMENT TRUST ET AL. v. NATIONAL GYPSUM CO. C. A. 5th Cir. Motion of Legal Representative For Unknown Asbestos Disease Claimants et al. for leave to file a